AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
JAMES BREHENY

*Defendant*

)
)
)
)
)
)

Case: 1:21-mj-00434
Assigned to: Judge Harvey, G. Michael
Assign Date: 5/18/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAMES BREHENY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), 18 U.S.C. § 1752(a)(2), 40 U.S.C. § 5104(e)(2)(D), 40 U.S.C. § 5104(e)(2)(G), 18 U.S.C. § 1512(c)(2), and 18 U.S.C. § 1512(c)(1)

Date: 05/18/2021

City and state:   Washington D.C.

Digitally signed by G. Michael Harvey
Date: 2021.05.18 17:35:43 -04'00'

*Issuing officer's signature*
G. Michael Harvey, United States Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/19/2021, and the person was arrested on *(date)* 05/20/2021 at *(city and state)* FBI Newark, GMRA, Woodland Park, NJ<br><br>Date: 05/20/2021<br><br>*Arresting officer's signature*<br><br>Special Agent Michael VanGorder<br>*Printed name and title* |