UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-mj-00434 |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| JAMES BREHENY, | : | COUNT 1: |
| | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| Defendant. | : | (Obstruction of an Official Proceeding and |
| | : | Aiding and Abetting) |
| | : | |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**
**(18 U.S.C. §§ 1512(c)(2), 2)**
**(Obstruction of an Official Proceeding and Aiding and Abetting)**

On or about January 6, 2021, within the District of Columbia and elsewhere, **JAMES BREHENY** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

(In violation of Title 18, United States Code, Sections 1512(c)(2), 2)

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _Matthew M. Graves/JSN_

Kathryn L. Rakoczy
D.C. Bar No. 994559
Troy A. Edwards, Jr.
Alexandra Hughes
Jeffrey S. Nestler
Assistant United States Attorneys

By:     /s/ *Louis J. Manzo*
        Louis J. Manzo
        Massachusetts Bar No. 688337
        Trial Attorney, United States Department of Justice