February 17, 2024

To Whom It May Concern,

I've known Jim Breheny for the last 10 years, and I found him to be a person of good character. He is a devout Catholic man, who has been very involved with the Knights of Columbus and supports our fund raisers for women and children at risk. I value his friendship, and respectively request leniency on his behalf.

Sincerely yours,

Dr. Mark C. Lo Schiavo

February 14, 2024

To Whom It May Concern:

My name is Nancy Brouca. I am the Director of the Fair Lawn Community Emergency Response Team, known as CERT. Members of CERT have training in Basic First Aid, CPR, Shelter Management, Traffic Control, Operations Center Management, and other areas such as helping others (family and neighbors) until emergency help arrives.

James Breheny, is an active Member of the Fair Lawn CERT Team. He has completed all of the above trainings. He is up to date on all his trainings and actively seeks more. His training in Radio Communications is extremely valuable to the CERT Team. He assists in training the Team in use of the Radios an important tool for the Team making him an asset.

Nancy Brouca
Fair Lawn Cert Director Gmn0412@yahoo.com 201-257-1986

February 13, 2024
To Whom it may concern,

Hello my name is Luisa Adely I am a member of the Fair Lawn A.R.E.S./ R.A.C.E.S Team, a member of Fair Lawn Radio Club and the Assistant Director of Fair Lawn CERT. A Little background and information about these organizations. Fair Lawn A.R.E.S/R.A.C.E.S Team is a team that handles radio communications in case there is a disaster. Team members will set up a communications station to help First Responders, Law Enforcement, FireFighters and EMS Personnel to be able to communicate with information about what the emergency is and how to handle it appropriately. The Fair Lawn Radio Club is a club for Ham Radio Operators. These team members will transmit information on a Ham radio or computer that is needed by First Responders, Lawn Enforcement, FireFighters or EMS Personnel if they are unable to communicate via telephones or cell phones. Fair Lawn CERT is a team of volunteers that help our Lawn Enforcement, Firefighters and EMS personnel with Traffic control, Disaster planning, shelter, crowd control and more. All of these organizations are done by volunteers that have to be in good standing with the community.

I am writing to inform you that James Breheny is an active member of all of these organizations. As far as his membership in our A.R.E.S/R.A.C.E.S Team, James handles training our members on the Ham Radio and also is the President of our EchoLink and Winlink Programs. James is also the back up NET Control for our weekly A.R.E.S/R.A.C.E.S radio meetings. James is a member of the Fair Lawn Radio Club and is frequently seen helping new Ham operators learn the radio and how to communicate on it. Fair Lawn CERT relies on James' knowledge of the radio to help CERT members use the radio properly. He helps to organize planned disasters so that CERT members are able to learn how to communicate the emergency properly on the radio.

All of these organizations rely on James' expertise and are very happy to have him as part of their active membership.

Thank you so much for all you do and if you have any further questions please feel free to reach out.

Luisa Adely
Assistant Director of Fair Lawn CERT. luisteach1@yahoo.com 201-248-7576

Rafael Kalantarov
301 Veterans Blvd.
Rutherford, NJ 07070
February 16, 2024

Honorable Amit P. Mehta
US District Court – District of Columbia
333 Constitution Ave. NW
Washington, DC 20001
Case: 23-cr-0179

Dear Honorable Amit P. Mehta,

I have supervised and worked with Jim for the past 3 years. He shows up every day on time, ready to work and completes his work orders with the quality that AirTech and our Customers expect. He also helps in other departments outside his job description to give a hand when needed. He is a great asset to our company and would be highly missed if something were to happen to him.

Jim is a person of unwavering integrity, responsibility, and moral character. I have consistently seen him uphold a strong commitment to family, community, work and personal values. He is known for his honesty, reliability, and dedication to helping others.

I would ask the court to take this into consideration when making decisions related to his case. I believe that he is capable of learning from his poor judgement and using this experience as an opportunity for personal growth and positive change.

Sincerely,
Rafael Kalantarov